WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:         wkrincek@littler.com
Email:         kmburke@littler.com

Attorneys for Defendants
TREASURE ISLAND, LLC
PHILLIP RUFFIN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA JOHNSON, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC; PHILLIP RUFFIN, an individual; EMPLOYEE(S) / AGENT(S); DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>              Defendants. | Case No. 2:16-cv-00027-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, CYNTHIA JOHNSON, and Defendants, TREASURE ISLAND, LLC and PHILLIP RUFFIN, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated:  May 3, 2016                              Dated:  May 3, 2016

Respectfully submitted,                           Respectfully submitted,

s/ Jeffrey Gronich, Esq.                          /s/ Kaitlyn M. Burke, Esq.

JEFFREY GRONICH, ESQ.                    WENDY M. KRINCEK, ESQ.
JEFFREY GRONICH, ATTORNEY         KAITLYN M. BURKE, ESQ.
AT LAW, P.C.                                       LITTLER MENDELSON, P.C.

                                                         Attorneys for Defendants
Attorney for Plaintiff                            TREASURE ISLAND, LLC
CYNTHIA JOHNSON                           PHILLIP RUFFIN


**IT IS SO ORDERED.**

DATED: May 11, 2016.


_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Firmwide:140072064.1 062273.1056

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.